■ EZEKIEL O. OSINOWO, Appellant, v SECRETARY OF THE PORT AUTHORITY, Respondent. [623 NYS2d 105] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered February 15, 1994, which granted defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff's failure to commence the action within one year after his causes of action accrued, as mandated by McKinney's Unconsolidated Laws of NY § 7107 (L 1950, ch 301, § 7), amounts to a jurisdictional defect requiring dismissal of the action *(Lumbermens Mut. Cas. Co. v Port Auth.,* 137 AD2d 796). Concur—Ellerin, J. P., Kupferman, Asch, Nardelli and Williams, JJ.

■ In the Matter of MARTIN SCHIFF et al., Appellants, v RAYMOND KELLY et al., Respondents. [623 NYS2d 103] —Judgment, Supreme Court, New York County (Milton Williams, J.), entered on August 23, 1993, unanimously affirmed for the reasons stated by Williams, J., without costs and disbursements. No opinion. Concur—Ellerin, J. P., Kupferman, Asch and Nardelli, JJ.